UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:09-CR-9-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | AMENDED |
| v. | ) | ORDER |
| | ) | |
| BYRON JAVONNE DELOATCH, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant, Byron Javonne Deloatch, by and through his duly appointed counsel of record, has moved this Court to continue the trial date in the above-captioned case currently set for January 24, 2011 for a period of at least sixty (60) days. In support of Defendant's motion, Defendant's recently appointed attorney of record–the fifth attorney this Court has appointed Defendant in this matter–requests additional time "to review discovery and prepare for a possible trial."

In the interests of justice and for good cause shown, Defendant's Motion to Continue [DE 124] is GRANTED. Jury selection and commencement of trial is hereby continued until the April [strikethrough: March], 2011 term of Court. In the interests of justice such period of delay resulting from this continuance shall be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED.

This __11__ day of January, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1